18734. WILLIAMSON *v.* THE STATE.

BROYLES, C. J. The defendant's motion for a continuance, based upon the absence of two material witnesses, measured up (so far as one of the absent witnesses was concerned) to all the requirements of the statute (section 987 of the Penal Code of 1910), and the denial of the motion was error. That error rendered the further proceedings in the case nugatory.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 10, 1928.

*S. F. Memory,* for plaintiff in error.
*S. Thomas Memory, solicitor,* contra.